**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TL GOODSON LLC

   VS                                                CASE NO.  3:21-cv-00178-MCR-EMT

SOUTHERN-OWNERS INSURANCE
COMPANY and AUTO-OWNERS
INSURANCE COMPANY

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that this action be DISMISSED with prejudice as to Defendant, SOUTHERN-OWNERS.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

March 14, 2022                           /s/ *Monica Broussard*
DATE                                           Deputy Clerk: Monica Broussard